UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLIVE GORDON,

   Plaintiff,

-vs-                                              CASE NO.:  6:19-CV-00759-PGB-DCI

BAYVIEW LOAN SERVICING, LLC,

   Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Clive Gordon, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail on this 19th of August, 2019 to: Brendan I. Herbert, Esquire, and Dale Evans, Esquire, 777 South Flagler Drive, East Tower, Suite 215, West Palm Beach, Florida 33401 (brendan.herbert@lockelord.com; dale.evans@lockelord.com).

                                                    */s/Frank H. Kerney, III, Esquire*
                                                    Frank H. Kerney, III, Esquire
                                                    Florida Bar #: 88672
                                                    Morgan & Morgan, Tampa, P.A.
                                                    One Tampa City Center
                                                    201 North Franklin Street, 7th Floor
                                                     Tampa, FL 33602
                                                    Telephone: (813) 223-5505
                                                    Facsimile:  (813) 223-5402
                                                    fkerney@forthepeople.com
                                                    snazario@forthepeople.com
                                                    mmartinez@forthepeople.com
                                                    *Counsel for Plaintiff*